**Amir Ali KARIM; Anil Amir Ali, Petitioners,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 04–60687.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 30, 2005.

Joshua Turin, Turin, Turin & Olinger, Dallas, TX, for Petitioners.

David V. Bernal, Thomas Ward Hussey, Anthony Cardozo Payne, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

Because the Petitioners waived their right to appeal the immigration judge's decision to the Board of Immigration Appeals (BIA) and failed to challenge the waiver on their notice of appeal to the BIA by arguing that the waiver was not knowing or intelligent, the Petitioners failed to exhaust their administrative remedies, and accordingly, this Court lacks jurisdiction to hear this petition for review.

PETITION DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.